IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAN BOGER, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 8:16-cv-001962-~~PJM~~ RWT |
| FAST CAPITAL PARTNERS, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby provides notice of dismissal of his individual claims in this action without prejudice.

Plaintiff,
By Counsel,
Dated: September 20, 2016

By: /s/ Anthony I. Paronich
Anthony I. Paronich
BRODERICK & PARONICH, P.C.
99 Summer St., Suite 304
Boston, MA 02110
Phone: (508) 221-1510
anthony@broderick-law.com
*Admitted Pro Hac Vice*

Stephen H. Ring (Bar No. 00405)
STEPHEN H. RING, P.C.
9901 Belward Campus Drive, Suite 175
Rockville, MD 20850
Phone: (301) 563-9249
Fax: (301) 563-9639
shr@ringlaw.us

"APPROVED" THIS 20th DAY
of September, 2016

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE